NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DROPLETS, INC.,**
*Plaintiff-Cross-Appellant*

v.

**YAHOO! INC.,**
*Defendant-Appellant*

**OATH HOLDINGS INC., dba Verizon Media, OATH INC., dba Verizon Media,**
*Intervenors-Appellants*

---

2023-1854, 2023-1914

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-03733-JST, Judge Jon S. Tigar.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2                                          DROPLETS, INC. v. YAHOO! INC.

(1)  These appeals are dismissed.  Each side shall bear its own costs.

(2)  ECF No. 25 is denied as moot.

FOR THE COURT

December 20, 2023                          Jarrett B. Perlow
        Date                                Clerk of Court

ISSUED AS A MANDATE: December 20, 2023